# EXHIBIT C

Housing demand positive, but at risk from higher mortgage rates          Read Now          ×

INVENTORY  624,419 -11,013     30-YR FIXED   7.12%  0.00

`Real Estate`   `Technology`

# Inside Real Estate rebrands product portfolio as BoldTrail

In addition to the new name, Inside Real Estate says the rebrand includes product enhancements as well as new capabilities and solutions

June 20, 2024, 3:45 pm  By *Brooklee Han*



Real estate technology provider **Inside Real Estate** is rebranding its kvCORE platform to **BoldTrail**, according to an announcement on Thursday.

Like kvCORE, BoldTrail is a branded portfolio that unites a collection of capabilities into one system, bringing Inside Real Estate products together in one place. But the company also said that this is about more than just a new name.

In a news release, the company noted that there will be product enhancements, as well

Now Open for Submissions!

Submit for the 2025 RealTrends Verified Rankings!

— **Featured Events**

  Hosted By **Demo Day**

**February Virtual Demo Day**

Submit today!

as new capabilities and solutions launched within the coming months. These include new navigation and user interfaces, artificial intelligence and automation, centralized transaction workflows, an enhanced client experience and "vitals data," which provides business insights to boost agent performance.

"As we continue to evolve with the industry, innovate on our offerings, and expand our portfolio with new capabilities, we're excited to unite our solutions under one new portfolio brand, and give real estate professionals a place to belong, scale and thrive," Joe Skousen, the CEO and founder of Inside Real Estate, said in a statement.

"That place is BoldTrail. Bringing all of the capabilities we've developed or acquired the past decade together into one seamless ecosystem, BoldTrail goes beyond tech to include the resources, services and community our customers need for long-term success."

According to Inside Real Estate, this "strategic rebrand" highlights the vast array of products available within the platform and makes it easier for agents to tailor solutions to fit their own business needs.

"We also know that providing the best experience for the consumer is how our customers will win in the long run, regardless of market conditions," Skousen said. "BoldTrail extends to consumers,



Hosted By    **HousingWire**

Housing Economic Summit



Hosted By    **HousingWire**

The Gathering 2025

— **Featured White Papers**

Personal Insurance Marketplace Outlook 2025: Strategies for value creation

Published by **HUB International**

Elevating mortgage servicing through strategic outsourcing: A path to efficiency and growth

Published by **AIS**

How investing in a variety of servicing technologies streamlines operational efficiencies

Published by **ServiceLink**

helping our customers build and create lifelong homeowner relationships for long-term sustainability and profit."

Inside Real Estate noted that BoldTrail will begin to roll out during the summer of 2024.

"Since coming together with the Inside Real Estate team, we have been laser focused on a combined mission to serve the real estate industry with world class technology and services," Grier Allen, Inside Real Estate's chief strategy officer, said in a statement.

"BoldTrail's launch is an exciting milestone in our clear vision for the future, and the result of the rapid innovation and incredible resources we have as one company. I couldn't be more excited for this to come to life, and for how it will fuel our clients' growth and success."

More:   | Real Estate Technology | Technology |



**Become a member** to comment on this article.

- Most Popular
- Latest Article



SUBSCRIBE



**Fairway eyes reverse mortgage expansion in 2025**

Fairway is eyeing an expansion of its H4P business by bringing new professionals and referral sources into the fold this year.

**Fannie, Freddie aim to remind wildfire victims of disaster relief options**

The GSEs are aiming to inform Los Angeles-area borrowers and renters of relief options in the wake of the wildfires.

**NAR faces new lawsuit over membership structure in Louisiana**

**LPT's Michael Valdes on his plan for exploding expansion**

**eXp must provide Gibson court with settlement negotiation docs**

**Supreme Court declines to hear**

Incenter hires two new VPs to oversee national accounts

NAR's appeal of DOJ probe

LPT's Michael Valdes on expansion plans and agent choice models

Expired listings: A Realtor's goldmine

How 7% mortgage rates will change housing for a decade

AFR's Rob Pieklo explores the state of the 2025 wholesale mortgage market

Housing demand positive, but at risk from higher mortgage rates 

## HW Media

Altos Research

HousingWire

RealTrends

## Community

Events

The Gathering

Reverse Mortgage Daily

## Advertise With HW

Digital Advertising

HW Content Studio

Download Rate Card

## Company

About HousingWire

Enterprise Subscription

Contact Us

Licensing & Reprints

Jobs

   

© 2006-2025 HW Media, LLC. All rights reserved. Site by Trew Knowledge. Powered by WordPress VIP

Privacy Policy