# EXHIBIT D



**47**
Minutes

**23**
Seconds

## Everything You Need To Grow Your Business

Membership to Bold Academy Includes



### Live Coaching Webinars

Benefit from 2 live coaching webinars each month featuring coaches and top performing peers.



### On-Demand Content

Access on-demand video training and coaching content with 3 or more new items added each month. Plus a monthly newsletter packed with updates, tips, and insights.



### Exclusive Community

Access a private community where you can share, collaborate, and accelerate your growth with your coaches and top performers.



### Community Live Events

Gain courage, knowledge, support and more from live engagement opportunities with other members.fa-



### Accountability & Activity Tracking

Measure progress and hold yourself accountable to implementing and executing plans to meet and exceed your goals outlined in the program.



## Interactive Business Planning

Plan your business with a team by your side. Get planning and strategy sessions as well as interactive downloads to help you through the process.

## Make 2025 Your Best Year Yet

### Join today and lock in an introductory rate of only $59/month — 25% off!

Join Today

## A Glimpse at On-Demand Courses



## Our Members Say It Best

★★★★★
**Building a Strong Foundation**
Jackie Johnson

★★★★★
**Wow amazing**
Iain Harrison

Great information. I love the Foundation for Growth download. It revealed where I need to do more activities to stay relevant in my industry.

Just watched the fundamentals video series, love especially phase 1 as I am new to an area and st

Sign Me Up

## Meet Your Coaches



Natalie Urianza
Coach

With nearly a decade of experience in the real estate tech industry, Natalie brings a wealth of knowledge in training, implementation, operations and customer success. Passionate about leveraging technology to empower agents to reach their goals, she excels in crafting impactful training and onboarding programs that consistently deliver results.



Jack Markham
Coach

Jack is an experienced real estate expert with a career spanni over 20 years. He is also a skilled public speaker and frequen presents at industry conferences all over the world. His topics expertise include sales development, marketing lead development, and building long-term customer relationship Jack is also the mastermind behind Market Leader's Million Dollar Pipeline Program, a highly successful coaching progra designed to help real estate agents establish a strong foundation for long-term success. In recognition of his innovative contributions to the industry, Jack received the 20 RISMedia Newsmaker award. He was also previously honore with the HousingWire Rising Star award earlier in his career



## Get Started Today

Scale your business for only $59/month — introductory pricing, discounted from $79!

Bold Academy has everything you need to set yourself up for success in the year ahead.

I'm Ready to Grow