# EXHIBIT E





# Transform Your Business:

Learn how to master lead generation, engage effectively with prospects, and build a consistent pipeline that drives results. Explore how accountability keeps you on track, even when motivation dips, and get an inside look at Bold Academy.



Access on-demand video training and coaching content with 3 or more new items added each month. Plus a monthly newsletter packed with updates, tips, and insights.



### Exclusive Community

Access a private community where you can share, collaborate, and accelerate your growth with your coaches and top performers.



### Community Live Events

Gain courage, knowledge, support and more from live engagement opportunities with other members.fa-



### Accountability & Activity Tracking

Measure progress and hold yourself accountable to implementing and executing plans to meet and exceed your goals outlined in the program.



### Interactive Business Planning

Plan your business with a team by your side. Get planning and strategy sessions as well as interactive downloads to help you through the process.

## Make 2025 Your Best Year Yet

Join today and lock in an introductory rate of only $59/month — 25% off!



Join Today

## A Glimpse at On-Demand Courses



# Our Members Say It Best

★★★★★

**Building a Strong Foundation**

Jackie Johnson

---

Great information. I love the Foundation for Growth download. It revealed where I need to do more activities to stay relevant in my indus

Sign Me Up

# Meet Your Coaches



Natalie Urianza

Coach

With nearly a decade of experience in the real estate tech industry, Natalie brings a wealth of knowledge in training, implementation, operations and customer success. Passionate about leveraging technology to empower agents to reach their goals, she excels in crafting impactful training and onboarding programs that consistently deliver results.

Jack is an experienced re
public speaker and freq
expertise include sale
customer relationships. Ja
Program, a highly succe
strong foundation for l
industry, Jack received the
the



## Get Started Today

Scale your business for only $59/month — introductory pricing, discounted from $79!

Bold Academy has everything you need to set yourself up for success in the year ahead.

I'm Ready to Grow